**Order entered September 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00709-CV
No. 05-19-00711-CV

**IN THE INTEREST OF I.S., ET AL, CHILDREN**
**IN THE INTEREST OF J.L. JR., ET AL, CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-10695**

## ORDER

Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, filed the reporter's records in these cases. Accordingly, we **VACATE** our September 17, 2019 order that orders Ms. Saavedra to not sit as a court reporter.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ashley Wysocki, Presiding Judge, 254th Judicial Court; Janet Saavedra, Official Court Reporter, 254th Judicial District Court; the Dallas County Auditor's Office; and counsel for all parties.

/s/     BILL WHITEHILL
        JUSTICE